IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MALATESTA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-00863-GAM |
| | : | |
| v. | : | |
| | : | |
| SAKS FIFTH AVENUE, HUDSON BAY COMPANY, ALLAN BAXTER, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER TO AMEND CAPTION

The parties, through counsel, hereby stipulate that Hudson Bay Company should be dismissed from this lawsuit with prejudice and removed from the caption. The parties further stipulate that the name of the remaining corporate entity, currently identified as "Saks Fifth Avenue," be amended to "Saks & Company LLC." The parties further stipulate that the caption be amended to the following:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MALATESTA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-00863-GAM |
| | : | |
| v. | : | |
| | : | |
| **SAKS & COMPANY LLC**, ALLAN BAXTER, | : | |
| | : | |
| Defendants. | : | |

**IT IS SO STIPULATED:**

| | |
|---|---|
| */s/ Jillian McLaughlin* | */s/ Timothy M. McCarthy* |
| Jillian McLaughlin, Esq. | Timothy M. McCarthy, Esq. |
| Kent McBride, P.C. | Sophia M. Czerniecki, Esq. |
| 1617 JFK Blvd. | Jackson Lewis P.C. |
| Philadelphia, PA 19103 | Three Parkway |
| *Attorney for Plaintiff* | 1601 Cherry Street, Suite 1350 |
| | Philadelphia, PA 19102 |
| | *Attorneys for Defendants* |

Date: February 25, 2025

**SO ORDERED** this 25th day of February 2025.

/s/ Gerald Austin McHugh

Hon. Gerald A. McHugh, U.S.D.J.