IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MALATESTA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-00863-GAM |
| | : | |
| v. | : | |
| | : | |
| SAKS & COMPANY LLC and ALLAN BAXTER, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO THE COMPLAINT**

It is hereby stipulated by and between counsel for Plaintiff Elizabeth Malatesta ("Plaintiff") and counsel for Defendant Saks & Company LLC ("Saks & Company") that the time within which Saks & Company may file an answer to Plaintiff's Amended Complaint be extended ten (10) days, up to and including March 21, 2025. In support of this Stipulation, the Parties state as follows:

1. Plaintiff commenced this action by filing a Complaint in the Pennsylvania Court of Common Pleas, Philadelphia County on December 31, 2024.

2. On February 18. 2025, Defendants filed a Notice and Petition for Removal, and subsequent Notice of Compliance with 28 U.S.C. § 1446(d) with this Court. (ECF 1).

3. The Parties then submitted a Stipulation to the Court requesting that Saks & Company's time to answer the Complaint be extended by fourteen (14) days, up to and including March 11, 2025, which the Court subsequently approved and ordered. (*See* ECF No. 3).

4. Plaintiff thereafter filed an Amended Complaint on February 21, 2025, against both Saks & Company and Allen Baxter (improperly captioned, "Allan Baxter"). (*See* ECF

No. 4).

5. Although this is Saks & Company's second request for an extension to respond to the Complaint, the undersigned counsel was just recently retained to represent Mr. Baxter.

6. Mr. Baxter was served with the Complaint on or about February 28, 2025, making his responsive pleading due March 21, 2025.

7. Accordingly, the parties respectfully submit that good cause exists for a 10-day extension of Saks & Company's deadline to answer the Amended Complaint, which will allow a single Answer to be filed on behalf of both Defendants.

**IT IS SO STIPULATED:**

| | |
|---|---|
| */s/ Jillian McLaughlin* | */s/ Timothy M. McCarthy* |
| Jillian McLaughlin, Esq. | Timothy M. McCarthy, Esq. |
| Kent McBride, P.C. | Sophia M. Czerniecki, Esq. |
| 1617 JFK Blvd. | Jackson Lewis P.C. |
| Philadelphia, PA 19103 | Three Parkway |
| *Attorney for Plaintiff* | 1601 Cherry Street, Suite 1350 |
| | Philadelphia, PA 19102 |
| | *Attorneys for Defendants* |

Date: March 10, 2025

**SO ORDERED** this 10th day of March, 2025.

/s/ Gerald Austin McHugh
Hon. Gerald A. McHugh, U.S.D.J.