IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MALATESTA,<br><br>                      Plaintiff,<br>vs.<br><br>SAKS & COMPANY LLC and ALLEN BAXTER<br><br>                      Defendant(s) | Hon. Gerald A. McHugh, U.S.D.J.<br><br>DOCKET NO.: 2:25-cv-00863-GAM |

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES BY NINETY DAYS**

It is hereby stipulated by and between Plaintiff Elizabeth Malatesta and Defendants Saks & Company, LLC and Allen Baxter, through their undersigned counsel of record, that Plaintiff and Defendants shall have an extension of the discovery period by ninety (90) days to permit all parties to complete discovery. By this Joint Stipulation, the parties agree to the following:

1. The parties agreed to extend all existing discovery deadlines in this matter by ninety (90) days.

2. The parties have exchanged written discovery yet request additional time to complete discovery, cure remaining discovery deficiencies, and develop a more accurate evidentiary record in this matter, which will promote judicial efficiency.

3. The parties have completed the deposition of Plaintiff Elizabeth Malatesta and have yet to finalize the scheduling of the depositions of Defendant Allen Baxter, former Saks employee Chris Reyes, and current Saks employee Juan Garcia.

4. The enlargement of the discovery period would permit the parties to obtain information to fully explore resolution of this matter and, in the alternative, ready this matter for trial.

5. The parties are not prejudiced by this reasonable request for an extension of discovery deadlines.

6. To the extent Your Honor is willing to entertain a proposed revised discovery schedule, the parties conferred and jointly submit the proposed revised schedule for consideration:

| | |
|---|---|
| March 1, 2026 | All factual discovery shall be completed |
| March 1, 2026 | Expert reports for the plaintiff, if any, shall be due |
| April 5, 2026 | Expert reports for the defendants, if any, shall be due |
| March 15, 2026 | Dispositive motions, if any, shall be due |
| April 26, 2026 | This case shall be deemed ready for scheduling of a Final Pretrial Conference |

7. Accordingly, the parties jointly and respectfully request that Your Honor enlarge the discovery period by ninety (90) days.

In light of the foregoing, the parties respectfully request Your Honor enlarge the discovery period in this matter by ninety (90) days. A proposed order is attached hereto.

                                                                **Respectfully submitted,**

**KENT/McBRIDE, P.C.**                              **Jackson Lewis, P.C.**

*/s/ Jillian McLaughlin*                              */s/ Timothy McCarthy*
Jillian McLaughlin, Esq.                            Timothy McCarthy, Esq.
1617 JFK Blvd. Suite 1140                       Sophia Czerniecki, Esq.
Philadelphia, PA 19103                             1601 Cherry Street, Suite 1350
(215) 568-1800                                     Philadelphia, PA 19102
jmclaughlin@kentmcbride.com                Timothy.mccarthy@jacksonlewis.com
                                                    Sophia.czerniecki@jacksonlewis.com

Counsel for Plaintiff                                    Counsel for Defendants

Date:   October 23, 2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MALATESTA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAKS & COMPANY LLC and ALLEN BAXTER<br><br>　　　　　　　　　　Defendant(s) | Hon. Gerald A. McHugh, U.S.D.J.<br><br>DOCKET NO.: 2:25-cv-00863-GAM |

### ORDER

AND NOW, this 23rd day of October, 2025, upon consideration of the parties' Stipulation to Extend Discovery Deadlines by Ninety Days submitted by Plaintiff Elizabeth Malatesta and Defendants Saks & Company, LLC and Allen Baxter,

**IT IS ORDERED THAT:**

1. The parties' stipulation is APPROVED and GRANTED. It is hereby ordered that the dates on the Scheduling Order are extended by ninety (90) days. All fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for and responses to discovery will be served, noticed, and completed by March 2, 2026.

2. All remaining deadlines are extended in accordance with the parties' joint stipulation as follows:

| | |
|---|---|
| March 2, 2026 | All factual discovery shall be completed |
| March 2, 2026 | Expert reports for the plaintiff, if any, shall be due |
| April 6, 2026 | Expert reports for the defendants, if any, shall be due |
| March 16, 2026 | Dispositive motions, if any, shall be due |
| April 27, 2026 | This case shall be deemed ready for scheduling of a Final Pretrial Conference |

3. All other terms of the June 30, 2025, Order shall remain as stated.

It is so **ORDERED.**

                                                                    BY THE COURT:

                                                                    /s/ Gerald Austin McHugh

                                                                    **J.**